# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS, DEL RIO DIVISION

| | |
|---|---|
| United States of America | § |
| | § CRIMINAL COMPLAINT |
| vs. | § CASE NUMBER: DR:21-M -01595(1) |
| | § |
| (1) Marlon Josue Leon-Melgar | § |

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **September 11, 2021** in **Val Verde** county, in the **WESTERN DISTRICT OF TEXAS** defendant(s) did, Marlon Josue LEON-Melgar, an alien, entered, or was found in the United States at or near Del Rio, Texas, after having been denied admission, excluded, deported, or removed from the United States through Valley International Airport on 01/06/2021, and not having obtained the express consent of the Secretary of the Department of Homeland Security or the Attorney General of the United States to reapply for admission thereto.  Defendant being voluntarily in the United States unlawfully , a felony,

in violation of Title       **8**       United States Code, Section(s)    **1326(a)(1)**
.

I further state that I am a(n) **Border Patrol Agent** and that this complaint is based on the following facts: *"The defendant, Marlon Josue LEON-Melgar, was arrested by Border Patrol Agents, on September 11, 2021 for being an alien illegally present in the United States.*

**Continued on the attached sheet and made a part of hereof.**

Sworn to before me and subscribed in my presence,

Signature of Complainant
De Milio, Gregory D.
Border Patrol Agent

09/14/2021                              at   DEL RIO, Texas
File Date                                    City and State

VICTOR ROBERTO GARCIA
UNITED STATES MAGISTRATE JUDGE        Signature of Judicial Officer

# WESTERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA

vs. Case Number: DR:21-M -01595(1)

(1) Marlon Josue Leon-Melgar

**Continuation of Statement of Facts:**

Investigation and records of the Bureau of Citizenship and Immigration Services reveal the defendant was previously deported from the United States on 01/06/2021 through Valley International Airport. The defendant was found in the Western District of Texas without having obtained permission from the Secretary of Homeland Security or the Attorney General of the United States to re-apply for admission after being deported. The defendant is unlawfully present in the United States. On September 12, 2021, at approximately 1317 hours, a subject that was being held at the Del Rio Station Processing Room/Cell 169 began striking the cell door and window with his right hand causing the window to shatter."

_____          _____
Signature of Judicial Officer                                  Signature of Complainant